# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

OWN CAPITAL, LLC,

    Plaintiff,

v.                                       Case No. 10-51256

CELEBRITY SUZUKI OF ROCK HILL, LLC, and
HELMI FELFEL,

    Defendants.
                                            /

**ORDER STAYING DEADLINE AND SETTING DATE FOR STATUS CONFERENCE**

On December 23, 2010, Defendants moved for discovery and to extend the time to file a response to Plaintiff's motion for an order confirming an arbitration award. Plaintiff responded on January 6, 2011. Having reviewed the filings, the court has determined a status conference on the matter is necessary. Accordingly,

IT IS ORDERED that the time for Defendants to file a response to Plaintiff's motion for confirmation of arbitration award [Dkt. # 1] is hereby STAYED until further order of the court.

IT IS FURTHER ORDERED that counsel for the parties are DIRECTED to appear for a status conference on **January 13, 2011, at 9:30 a.m.**

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 7, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 7, 2011, by electronic and/or ordinary mail.

           s/Lisa Wagner
           Case Manager and Deputy Clerk
           (313) 234-5522